**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SHIVAN BASSAW,** *individually and on behalf of all others similarly situated*., **Plaintiff,** **-against-** **VALUEELECTRONICS.COM, INC.** **Defendant.** | **23-cv-03479 (ALC)** **ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated: March 5, 2024
New York, New York

Andrew L. Carter Jr.

**ANDREW L. CARTER, JR.**
**United States District Judge**